## Criminal Complaint Affidavit for Julio Cesar HERNANDEZ-Oviedo

Your Affiant, Special Agent James F. Bugg, Homeland Security Investigations (HSI), being duly sworn, deposes and says:

### Introduction

1.  I am an investigative or law enforcement officer of the United States (U.S.) within the meaning of Section 2510(7) of Title 18, United States Code, and empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 8, United States Code § 1326.

2.  I am a Special Agent (SA) with the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). I have been so employed since May of 2019 and I am presently assigned to the Office of the Resident Agent in Charge, Ft. Mitchell, Kentucky. My duties include the investigation of various violations of federal criminal laws. I have attended the Federal Law Enforcement Training Center (FLETC) where training was conducted pertaining to these types of investigations.

3.  This affidavit is based upon my personal knowledge and upon information reported to me by federal and local law enforcement officers and others with knowledge of the case. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

4.  Your affiant has not included each and every fact that has been revealed through the course of this investigation. Your affiant has set forth only the facts that are believed to be necessary to establish probable cause for the issuance of an arrest warrant.

## Results of Investigation

5.     On January 13, 2026, while conducting targeted Criminal Alien Program Operations in the Lancaster, KY area, Deportation Officer (DO) McNutt of Louisville, KY ICE ERO encountered Julio Cesar HERNANDEZ-Oviedo after he was arrested locally for Criminal Possession of a Forged Instrument, Possession of Marijuana, and Traffic violations. HERNANDEZ was released from local custody prior to the issuance of an ICE Detainer.

6.     HERNANDEZ's fingerprints were taken at the time of his arrest when he was booked into Jessamine County. DO McNutt positively identified the man that was in custody through records checks as previously removed Mexican citizen Julio Cesar HERNANDEZ-Oviedo, the subject of Alien Registration Number A075 359 934 and FBI/Universal Control Number 764453LC8.

7.     HERNANDEZ's criminal history includes convictions for 8USC1325--Illegal Entry, DUI and Traffic violations.

8.     Further review of documents obtained from HERNANDEZ's Alien File revealed information regarding HERNANDEZ's immigration history. HERNANDEZ was ordered removed to Mexico by an Immigration Judge on April 10, 2006. HERNANDEZ was removed to Mexico on April 14, 2006, June 21, 2019, and July 31, 2019.

9.     There is no evidence of an application for admission into the United States for HERNANDEZ following his last removal.

10.    Based on the above information, I believe there is probable cause supporting the conclusion that HERNANDEZ is an alien who has been found in the United States in Garrard County, in the

Eastern District of Kentucky, after having been previously removed or deported from the United States in violation of Title 8 of the United States Code, § 1326(a).

        /s/ James F. Bugg
James F. Bugg, Special Agent
Homeland Security Investigations
Ft. Mitchell, Kentucky

Sworn by the affiant in accordance with the requirements of Fed. R. Crim. P. 41 by telephone or other reliable electronic means this  28  day of January 2026.

UNITED STATES MAGISTRATE JUDGE